1  SIXTH DISTRICT APPELLATE PROGRAM
2  DALLAS SACHER
   Assistant Director
3  State Bar #100175
   100 N. Winchester Blvd., Suite 310
4  Santa Clara, CA 95050
   (408) 241-6171
5
   Attorneys for Petitioner,
6  Milan Paul Pakes

E-filing

7
                IN THE UNITED STATES DISTRICT COURT
8
            FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10  MILAN PAUL PAKES,                    )
                                          )    NO. C04-5294VRW (EMC)
11         Petitioner,                    )
                                          )    ORDER TO PRODUCE PETITIONER
12     vs.                                )    FROM STATE PRISON
                                          )
13  JAMES A. YATES, WARDEN,               )                    AND 12
                                          )    Date:    December 11, 2006
14         Respondent.                    )    Time:    9:30 a.m.
                                          )    Courtroom: C
15  ──────────────────────────────────────
        WHEREAS the plaintiff in the action herein, Milan Paul Pakes, California Department
16
    of Corrections and Rehabilitation identification number J-30733, is currently in the custody
17
    of the warden of Pleasant Valley State Prison at Coalinga, California located at 24863 West
18
    Jayne Avenue, Coalinga, California 93210, telephone number (559) 935-4900.
19
                                                            AND 12
        WHEREAS hearing of this matter is set for December 11, 2006 at 9:30 a.m. to be heard
20
    at the United States District Court, 450 Golden Gate Avenue, San Francisco, California, in
21
    Magistrate Judge Edward Chen's courtroom, courtroom C, and
22
        WHEREAS plaintiff is a necessary and indispensable party in the action herein; and
23
        WHEREAS this court has jurisdiction over the plaintiff in this matter;
24
        IT IS HEREBY ORDERED that the Warden of Pleasant Valley State Prison and the
25
    Director of the California Department of Corrections and Rehabilitation shall produce Mr.
26                                                                                    AND 12
    Pakes to the above named court and courtroom, in San Francisco, California, on December 11,
27
    2006 at 9:30 a.m. for hearing of this matter, for purposes of giving testimony, hearing the
28

1  testimony of other witnesses presented at the hearing, and any other lawful purpose as a
2  plaintiff is given in a hearing on a petition for writ of habeas corpus. The warden and director
3  shall produce Mr. Pakes each day of the hearing, beginning at 9:30 a.m. until the hearing is [DECEMBER 11 & 12]
4  completed.

5  IT IS SO ORDERED

6  Dated: November __, 2006

   _____
7  MAGISTRATE JUDGE EDWARD M. CHEN

# PROOF OF SERVICE

1

2  I declare that I am over the age of 18, not a party to this action and my business address is 100 N. Winchester Blvd., Suite 310, Santa Clara, California 95050. On the date shown below, I
3  served the within **ORDER TO PRODUCE PETITIONER FROM STATE PRISON** to the following parties hereinafter named by:

4

5  __X__   Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at Santa Clara, California, addressed as follows:

6  Pamela Critchfield, Esq.
   Office of the Attorney General
7  455 Golden Gate Avenue
   Suite 11,000
8  San Francisco, CA 94102-7004

9  I declare under penalty of perjury the foregoing is true and correct. Executed this 28th day of November, 2006, at Santa Clara, California.

10

11                                              Priscilla A. O'Harra

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28