UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILAN PAUL PAKES, | No. C-04-5294 VRW (EMC) |
| Petitioner, | |
| v. | **ORDER RE RESPONDENT'S OBJECTIONS TO PETITIONER'S SUPPLEMENTAL WITNESS LIST** |
| JAMES A. YATES, | |
| Respondent. | **(Docket No. 32)** |

IT IS HEREBY ORDERED that the Warden of Pleasant Valley State Prison and the Director of the California Department of Corrections and Rehabilitation shall produce Mr. Pakes to the above named court, 450 Golden Gate Avenue, 15th Floor, Courtroom C, San Francisco CA 94102 on December 14, 2006 at 9:30 a.m. for hearing of this matter.

IT IS SO ORDERED.

Dated: December 12, 2006

_____
EDWARD M. CHEN
United States Magistrate Judge